No. 5115.—Dr. García de Quevedo, apldo., v. Morales et als., apltes.—C. D. Mayagüez. ■■■■■■■■■ Dic. 3, 1929.

(Por la corte, a propuesta del Juez Asociado Señor Hutchison.)

Con lugar la moción de desestimación visto el allanamiento de los apelantes.

No. 5117.—Benet Colón, apldo., v. Anzoategui et als., apltes.—C. D. Mayagüez. ■■■■■■■■■ Dic. 3, 1929.

(Por la corte, a propuesta del Juez Presidente Señor del Toro.)

Con lugar la desestimación por no haber hecho gestión alguna para perfeccionar la apelación entablada contra sentencia de septiembre 19, 1929.

No. 5065.—G. Llinás & Co., aplda., v. Sucn. de Salvador Alemañy, Etc., apltes.—C. D. Aguadilla. ■■■■■■■■ Dic. 4, 1929.

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.)

Por cuanto, reclamándose en este pleito el pago de $265.29 importe de un pagaré y $207.42 por sus intereses, no es apelable para ante nosotros la sentencia condenatoria por dichos conceptos dictada por la Corte de Distrito de Aguadilla en apelación de la pronunciada por una corte municipal, de acuerdo con el artículo 295, No. 2º, del Código de Enjuiciamiento Civil, según quedó enmendado en 1905, y nuestra sentencia en el caso de Sucs. de L. Villamil & Cía., 35 D.P.R. 911, debemos desestimar, por tanto, la apelación establecida, como solicita la parte apelada.